☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
*WESTERN DISTRICT OF TENNESSEE*

In re:    *Tracey Wilkes*                                Case No.

Debtors:                                                 Chapter 13

# CHAPTER 13 PLAN

**ADDRESS:**    (1)  *985 Cedar Grove Loop*          (2)
                    *Bolivar, TN 38008*

**PLAN PAYMENT:**
   **Debtor(1)** shall pay $ *255.00 Weekly*
   ☑ **PAYROLL DEDUCTION** From:   *UGN, Inc., 18410 Crossing Drive, Suite C, Tinsley park, IL 60487*

**1. THIS PLAN [Rule 3015.1 Notice]:**
   (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]     ☐ YES    ☑ NO
   (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION       ☐ YES    ☑ NO
       OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
   (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].   ☐ YES    ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan;  OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**                                                             Monthly Plan Payment:
                Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
*None*          ongoing payment begins _____                              $ _____
                Approximate arrearage: _____

**5. PRIORITY CLAIMS:**
*-NONE-*                                        Amount  _____             $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☑ Paid by Trustee to:
*Ditech Financial LLC*    ongoing payment begins  *July 2019*                       $ *758.00*
                          Approximate arrearage:  *12,600.00*    Interest  *0.00*   $ *210.00*

**7. SECURED CLAIMS:**
[Retain lien 11 U.S.C. §1325 (a)(5)]    Value of Collateral:    Rate of Interest    Monthly Plan Payment:
*None*

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER
SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**
[Retain lien 11 U.S.C. §1325 (a)]       Value of Collateral:    Rate of Interest    Monthly Plan Payment:
*-NONE-*                                                                            $

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON
CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY
REASONABLE DISPOSAL OF COLLATERAL:**
*-NONE-*                                Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**
                                        Amount:                 Rate of Interest    Monthly Plan Payment:
*-NONE-*                                                                            $

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

*US Dept of ED/GSL/ATL.  $8,363.00*
*Deferred. Debt Will Survive Discharge.*

*US Dept of ED/GSL/ATL.  $4,095.00*
*Deferred. Debt Will Survive Discharge.*

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**
*-NONE-*

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** *$29,593.16*

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**
☐  _____ %, OR,
☑  **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**
*None*    ☐ Assumes  **OR**  ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately *60* months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**
*None*

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

*/s/ Alissa York Gay*                                                    Date *April 1, 2019* .
*Alissa York Gay 024812*
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**        /al